FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

03 NOV 21 PM 3: 46

CLERK
MIDDLE DIST ... OF FLORIDA
ORLANDO, FLORIDA

NATIONAL PILOT'S ASSOCIATION,

    Plaintiff,

vs.                                                                   Lead Case No.: 6:00-cv-693-Orl-22KRS

AIRTRAN AIRWAYS, INC.,

    Defendant.
_____/

JOHN SCHROLL, *et al.*,
    Plaintiffs,

v.                                                           Case No. 6:00-cv-1336-Orl-22KRS

AIRTRAN AIRWAYS, INC.;
NATIONAL PILOT'S ASSOCIATION,

    Defendants.
_____/

## ***SCHROLL* PLAINTIFFS' RESPONSE TO SHOW-CAUSE ORDER**

The *Schroll, et al.* Plaintiffs ("*Schroll* Plaintiffs") submit their response to the Court's order directing them to show cause why this action should not be dismissed for lack of prosecution.

The *Schroll* Plaintiffs are pleased with the results of the several rounds of arbitration proceedings that took place during administrative closure of this case. Those proceedings resolved the parties' seniority integration dispute. Other issues raised in the *Schroll* Plaintiffs' complaint, as amended, were not presented to the arbitrator. Following the conclusion of the arbitration proceedings, the *Schroll* Plaintiffs grappled with whether to reopen the lawsuit to proceed with litigation of their remaining claims. With nearly 30 individuals in the group, reaching a decision was difficult and time-consuming.



Approximately two weeks ago, the *Schroll* Plaintiffs decided they would be willing to forego litigation of their claims remaining before the Court. However, they were hesitant to simply ask the Court to dismiss their claims, given the possibility that the National Pilot's Association ("NPA") would reopen the case to litigate its claims, which are contrary to the *Schroll* Plaintiffs'. Accordingly, the undersigned sought to enter into a stipulation of dismissal with AirTran Airways, Inc., and NPA for dismissal of NPA's claims and the *Schroll* Plaintiffs' claims. NPA and AirTran agreed to enter into such a stipulation. The stipulation of dismissal is being filed contemporaneously with this show-cause response.

In light of the circumstances described above, the *Schroll* Plaintiffs' claims should not be dismissed for lack of prosecution, and an order closing the case in accordance with parties' stipulation of dismissal should be entered.

### Certificate of Service

I certify that a copy of the foregoing was served via U.S. mail delivery this 21st day of November, 2003, to Walter H. Bush, Jr., Arnall Golden Gregory LLP, 2800 Atlantic Center, 1201 West Peachtree Street, Atlanta, GA 30309-3450; Edward Cloutman, III, 3301 Elm St., Dallas, TX 75226-1637; and Edward Scott Smith, Ellzey & Brooks LLC, 2100 RiverEdge Parkway, Suite 220, Atlanta, GA 30328.

Respectfully submitted,

EGAN, LEV & SIWICA, P.A.
Post Office Box 2231
Orlando, Florida 32802
Phone: (407) 422-1400
Fax: (407) 422-3658

By: _____
Kathryn S. Piscitelli
Florida Bar No. 368598
**Counsel for *Schroll* Plaintiffs**