# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

NATIONAL PILOTS ASSOCIATION,

    Plaintiff,

-vs-                                      Case No.: 6:00-cv-693-Orl-22KRS

AIRTRAN AIRWAYS, INC.,

    Defendant.
_____

JOHN SCHROLL, *et al.*,

    Plaintiffs,

-vs-                                      Case No.: 6:00-cv-1336-Orl-22KRS

AIRTRAN AIRWAYS, INC., and
NATIONAL PILOT'S ASSOCIATION,

    Defendants.
_____

## ORDER

Upon the parties' Stipulation of Dismissal (Doc. No. 151) filed November 21, 2003, it is **ORDERED** and **ADJUDGED** that

    1.    These causes are hereby **DISMISSED WITH PREJUDICE** in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii). Each party to bear its own costs and fees.

    2.    Any pending motions are hereby **DENIED** as moot.

    3.    The Clerk is directed to **CLOSE** the files.

CANNED

**DONE** and **ORDERED** in Chambers, in Orlando, Florida this 24th day of November, 2003.

                                                          ANNE C. CONWAY
                                                          United States District Judge

Copies furnished to:

Counsel of Record
Lawrence M. Watson, Jr., Esq., Mediator

F I L E   C O P Y

Date Printed: 11/24/2003

Notice sent to:

    Edward B. Cloutman III, Esq.
    Law Offices of Edward B. Cloutman, III
    3301 Elm St.
    Dallas, TX  75226-1637

    6:00-cv-00693    jrm

    Timothy R. Shea, Esq.
    Law Office of Timothy R. Shea
    800 N. Ferncreek Ave.
    Orlando, FL  32803

    6:00-cv-00693    jrm

    E. Scott Smith, Esq.
    Ford & Harrison
    600 Peachtree at the Circle Bldg.
    1275 Peachtree St., N.E.
    Atlanta, GA  30309

    6:00-cv-00693    jrm

    Sarah B. Pierce, Esq.
    Ford & Harrison
    600 Peachtree at the Circle Bldg.
    1275 Peachtree St., N.E.
    Atlanta, GA  30309

    6:00-cv-00693    jrm

    Peter Reed Corbin, Esq.
    Ford & Harrison LLP
    225 Water St., Suite 710
    Jacksonville, FL  32202

    6:00-cv-00693    jrm

    Thomas C. Garwood Jr., Esq.
    Ford & Harrison LLP
    300 S. Orange Ave., Suite 1300
    P.O. Box 60
    Orlando, FL  32802-0060

    6:00-cv-00693    jrm

    Lori R. Benton, Esq.
    Ford & Harrison LLP
    300 S. Orange Ave., Suite 1300
    P.O. Box 60
    Orlando, FL  32802-0060

6:00-cv-00693    jrm

___ M. Susan Sacco
Ford & Harrison LLP
300 S. Orange Ave., Suite 1300
P.O. Box 60
Orlando, FL  32802-0060

6:00-cv-00693    jrm

___ Joseph Egan Jr., Esq.
Egan, Lev & Siwica, P.A.
231 East Colonial Dr.
P.O. Box 2231
Orlando, FL  32802-2221

6:00-cv-00693    jrm

___ Kathryn Sydny Piscitelli, Esq.
Egan, Lev & Siwica, P.A.
231 East Colonial Dr.
P.O. Box 2231
Orlando, FL  32802-2221

6:00-cv-00693    jrm

___ Martin P. Hogan, Esq.
Gromfine & Taylor
1727 King St.
Suite 210
Alexander, VA  22314

6:00-cv-00693    jrm

___ Lawrence M. Watson Jr.
Upchurch, Watson & White
900 Winderley Place, Suite 122
Maitland, FL  32751

6:00-cv-00693    jrm